UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION at COVINGTON

CRIMINAL ACTION NO. 2:05-CR-26-KSF

UNITED STATES OF AMERICA  PLAINTIFF

vs.  **OPINION AND ORDER**

GLEN SCOTT GEMMER  DEFENDANT

* * * * * * * *

This matter is before the Court upon the Report and Recommendation issued by Magistrate Judge Smith on December 2, 2011. No objections were filed within the time for filing same.

Mr. Gemmer began a three-year-period of supervised release on May 17, 2011, following completion of his term of imprisonment for bank robbery. Conditions of his release included participation and successful completion of four months in a halfway house, where he was to complete mental health and substance abuse counseling. On October 5, 2011, Gemmer tested positive for cocaine use, and he admitted using cocaine on October 1, 2011. On November 9, 2011, there was a report that Gemmer stole a counselor's wallet. He also left the facility and did not return.

Gemmer admitted and pled guilty to each of these violations during a scheduled final hearing. The parties agreed Gemmer should be sentenced to a term of imprisonment of twenty-one months with no supervised release to follow. The Magistrate's Report and Recommendation was that Gemmer be found to have violated the terms of his supervised release, that his supervised release be revoked and that he be sentenced to the custody of the Attorney General for a period of twenty-one months. No objections were filed within the time for filing same.

Although this Court must make a *de novo* determination of those portions of a Magistrate Judge's Report and Recommendation to which objection is made, 28 U.S.C. § 636(b)(1)(c), "[i]t

does not appear that Congress intended to require district court review of a magistrate's factual or legal conclusions, under a *de novo* or any other standard, when neither party objects to those findings." *Thomas v. Arn*, 474 U.S. 140,150 (1985). By failing to object to any portion of the Magistrate Judge's Report and Recommendation, Gemmer waived the right to appeal. *Wright v. Holbrook*, 794 F.2d 1152, 1154-55 (6th Cir. 1986). Nevertheless, the Court examined the record and is in agreement with the entirety of the Magistrate Judge's Report and Recommendation.

**IT IS ORDERED**:

(1) The Magistrate Judge's Report and Recommendation [DE 38] is **ADOPTED** as and for the Opinion of the Court;

(2) Judgment will be entered contemporaneously with this Opinion and Order; and

(3) This is a final Order and the Court finds that no certificate of appealability should issue as the Defendant has not made a substantial showing of the denial of a constitutional right. This December 21, 2011.



Signed By:
*Karl S. Forester* KSF
United States Senior Judge